IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOUIS FASULLO, Inmate #R30073,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CAROLINA FASULLO, LISA PICKETT,** )<br>**DENA BENNITT, and NICHOL GURSKI,** )<br>)<br>**Defendants.** ) | CIVIL NO. 06-404-GPM |

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

12/12/06                                         By: s/ G. Patrick Murphy
*Date*                                                  *District Judge*