### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOUIS FASULLO, Inmate #R30073,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 06-404-GPM |
| ) | |
| **CAROLINA FASULLO,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

**MURPHY, Chief District Judge:**

On June 21, 2007, the Court entered an order directing the Clerk of Court to return unfiled any additional motions submitted by Plaintiff challenging the dismissal of the action (Doc. 51). Nonetheless, Plaintiff thereafter filed a motion "to inquire into the detention of any per" (Doc. 52) and a document entitled "Judicial Notice" (Doc. 53).

Plaintiff attempts to evade the Court's order with both of these motions. In the first (Doc. 52), he asks that the Court "inquire into the detention of any per," which the Court construes as a motion to again look at the merits of his case. In the second (Doc. 53), he asks the Court, "does the honorable see fraud or mistake," which is clearly an attempt to have the Court review the merits of his complaint. Despite what Plaintiff calls these filings, both are barred by the Court's June 21st order. Therefore, these filings (Docs. 52 and 53) are **STRICKEN** from the docket.

**IT IS SO ORDERED.**

DATED: 08/13/07

s/ G. Patrick Murphy
G. Patrick Murphy
Chief United States District Judge