**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUIS FASULLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-404-GPM |
| | ) |
| CAROLINA FASULLO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

**MURPHY, District Judge:**

Plaintiff has filed the following: "motion for redress of grievances" (Doc. 80) and "motion for hearing" (Doc. 84).

On September 10, 2007, this Court entered an Order directing the Clerk of Court to return unfiled "any and all further documents submitted by or on behalf of Plaintiff Fasullo in this action" (Doc. 57 (emphasis omitted)).[1] The above-referenced filings (Docs. 80 and 84) are **STRICKEN** from the Court's docket.

No further such orders will be entered; such matters will be handled administratively.

**IT IS SO ORDERED.**

DATED: 07/24/08

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge

---

[1] Before that, on June 21, 2007, the Court had ordered the Clerk of Court to "return unfiled any further motions submitted by Plaintiff challenging the dismissal of this action" (Doc. 51).